# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2568
LT Case No. 2010-CF-13533-A

_____

DEMETRIS ALLEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Demetris Allen, Jacksonville, pro se.

No Appearance for Appellee.

November 14, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____